## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

NATIONSTAR MORTGAGE, LLC,

      Respondent

      v.

LEROY E. GLICK AND SAVILLE S. GLICK, HIS WIFE,

      Petitioners

: No. 586 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.